UNITED STATES COURT OF APPEALS
FOR THE TENTH DISTRICT

| | |
|---|---|
| ALLISON LAMM )<br>    Appellant/Plaintiff, )<br>)<br>v. )<br>)<br>DEVAUGHN JAMES, L.L.C. )<br>    Appellee/Defendant. ) | App. No.: 19-3167<br>DC No. 6:18-CV-1124-JTM-TJJ |

### APPELLANT'S SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE OPENING BRIEF

Pursuant to Fed. R. App. P. 27 and 10th Cir. R. 27.6., Appellant/Plaintiff Allison Lamm ("Appellant"), by and through her undersigned counsel, respectfully moves this Court for a one (1) day enlargement of time to file her opening brief up to and including December 23, 2019. In support of her Motion, Appellant states as follows:

1. Appellant filed this appeal on August 9, 2019. Pls' Notice of Appeal, Aug. 9, 2019, D.C. ECF No. 59. The Opening Brief in this case is presently due on or before Friday, December 20, 2019. See Notice, Nov. 14, 2019, Doc. Text: 10694890.

2. Appellant's counsel has been working diligently to complete the Opening Brief; however, due to the recent inclement weather it had to close its office on Monday, December 16, 2019. It will be not be possible for Appellants to file their Opening Brief by Friday, December 20, 2019 without extreme hardship, even though Appellant and her counsel are exercising due diligence and giving priority to preparing the brief.

3. The extension of time requested by this Motion will permit counsel for Appellant to fulfill their obligations to Appellant and their clients in other matters without compromising their opportunity to adequately brief this Appeal, as well as afford them the ability to observe the Christmas holiday and maintain their preexisting travel and family commitments.

4. The Court entered one (1) previous extension on its own motion and pursuant to 10th Cir. R. 33.1 during the appellate mediation period.

5. The Appellant has requested one (1) prior extension of time and the request was granted by the Court.

6. Appellant's counsel has conferred with Appellee's counsel, and Appellee has chosen to object to Appellant's request for a one (1) day extension of time.

7. No privacy redactions pursuant to 10th Cir. R. 25.5 were required for this motion.

8. No paper copies were filed with this motion.

9. This motion was scanned for viruses by the latest commercial copy of McAfee and it is virus-free.

WHEREFORE, Appellants respectfully request that the Court grant a one (1) day enlargement of time to file her Opening Brief in this case and extend the due date for Appellants' Opening Brief from Friday, December 20, 2019, to Monday, December 23, 2019.

Respectfully submitted,

MCKEE LAW, L.L.C.

/s/ Aaron C. McKee
Aaron C. McKee                                         KS # 20889
MCKEE LAW, LLC
222 South Cherry Street
Olathe, Kansas 66061
Phone: (913) 768-6400
Facsimile: (913) 768-6420
aaronmckee@ksmoemploymentlaw.com

**ATTORNEY FOR PLAINTIFF**

# **CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing was served and transmitted on December 18, 2019, to the following:

**Mitchell L. Herren, Hinkle Law Firm, LLC, 1617 North Parkway, Suite 400, Wichita, Kansas 67206, (316) 267-2000, mherren@hinklaw.com, Attorney for Defendant**

☐ US mail ☒ Electronic Mail ☒ CM/ECF ☐ Facsimile

**Jeffrey A. Wilson, Hinkle Law Firm, LLC, 1617 North Parkway, Suite 400, Wichita, Kansas 67206, (316) 267-2000, jwilson@hinklaw.com, Attorney for Defendant**

☐ US mail ☒ Electronic Mail ☒ CM/ECF ☐ Facsimile

/s/ Aaron C. McKee