FILED
United States Court of Appeals
Tenth Circuit

December 20, 2019

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

ALLISON LAMM,

    Plaintiff - Appellant,

v.

DEVAUGHN JAMES, LLC,

    Defendant - Appellee.

No. 19-3167

_____

**ORDER**
_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.
_____

    This matter is before the court on appellant's second motion for enlargement of time to file the opening brief in this appeal. The motion is granted. The brief shall be served and filed on or before December 23, 2019. The court will not grant additional extensions absent extraordinary circumstances.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk