# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

### Entry of Appearance and Certificate of Interested Parties

ALLISON L. LAMM

v.

DEVAUGHN JAMES, L.L.C.

Case No. 19-3167

Appealed from

U.S. District of Kansas 6:18-cv-01124

INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for

_____

Party or Parties:

Appellee/Respondent DeVaughn James, LLC, in the subject case.

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows:  **(Check one.)**

☐   On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

✗   There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| /S/ Mitchell L. Herren | /s/ Jeffrey A. Wilson |
| Mitchell L. Herren, Kansas No. 20507 | Jeffrey A. Wilson, Kansas No. 26527 |
| Hinkle Law Firm LLC | Hinkle Law Firm LLC |
| 1617 North Waterfront Parkway, Suite 400 | 1617 North Waterfront Parkway, Suite 400 |
| Wichita, Kansas 67206-6639 | Wichita, Kansas 67206-6639 |
| Telephone: 316-267-2000 | Telephone: 316-267-2000 |
| E-mail: mherren@hinklaw.com | E-mail: jwilson@hinklaw.com |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on August 19, 2019 via electronic mail.

to Mr. Aaron C. McKee, of McKee law, L.L.C., 222 South Cherry Street, Olathe, Kansas 66061 at: aaronmckee@mckee-law.com.

_____

/s/ Mitchell L. Herren

(See Fed. R. App. P. 25(b))

(Signature)

A-5  Entry of Appearance Form 10/09

Appellate Case: 19-3167     Document: 010110224343     Date Filed: 08/19/2019     Page: 2

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

| | |
|---|---|
| ALLISON L. LAMM | Case No. 19-3167 |
| v. | Appealed from |
| DEVAUGHN JAMES, L.L.C. | U.S. District of Kansas 6:18-cv-01124 |

### Certificate of Interested Parties

---

The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

None.

**A-5** Entry of Appearance Form 10/09