CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KYLE ANN SCHULTZ**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

August 28, 2019

Aaron C. McKee, Esq.
McKee Law, L.L.C.
222 South Cherry Street
Olathe, KS  66061

Mitchell L. Herren, Esq.
Hinkle Law Firm
1617 North Waterfront Parkway
Wichita, KS  67206

RE:  No. 19-3167 – Allison Lamm v. DeVaughn James, Inc.

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **TELEPHONE** mediation conference has been scheduled in this case on **Thursday, September 19, 2019 at 2:00 PM**, **MOUNTAIN TIME**. This office will initiate the telephone conference. Please allow at least two hours for the conference. *Participation in the conference by cell phone is not permitted.*

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorney with primary responsibility for this case. Our goal, however, is to secure the participation of the attorney on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice.**

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator