CIRCUIT MEDIATION OFFICE

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

**KYLE ANN SCHULTZ**
CIRCUIT MEDIATOR

August 28, 2019

Aaron C. McKee, Esq.
McKee Law, L.L.C.
222 South Cherry Street
Olathe, KS  66061

Mitchell L. Herren, Esq.
Hinkle Law Firm
1617 North Waterfront Parkway
Wichita, KS  67206

RE:  No. 19-3167 – Allison Lamm v. DeVaughn James, Inc.

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **October 21, 2019**.

Sincerely,

David W. Aemmer

DWA:dm