FILED  
United States Court of Appeals  
Tenth Circuit

November 13, 2019

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

———————————————

ALLISON LAMM,

    Plaintiff - Appellant,

v.

DEVAUGHN JAMES, LLC,

    Defendant - Appellee.

No. 19-3167

———————————————

## ORDER

———————————————

This matter is before the court on *Appellant's Motion for Enlargement of Time to File Opening Brief*. The motion is denied without prejudice for failure to obtain opposing counsel's position. See 10th Cir. R. 27.1 and 30.1(D)(6).

                        Entered for the Court

                        */s/ Elisabeth A. Shumaker*

                        ELISABETH A. SHUMAKER, Clerk