UNITED STATES COURT OF APPEALS
FOR THE TENTH DISTRICT

| | | |
|---|---|---|
| ALLISON LAMM | ) | |
|     Appellant/Plaintiff, | ) | |
| | ) | App. No.: 19-3167 |
| v. | ) | DC No. 6:18-CV-1124-JTM-TJJ |
| | ) | |
| DEVAUGHN JAMES, L.L.C. | ) | |
|     Appellee/Defendant. | ) | |

## APPELLANT'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF

Pursuant to Fed. R. App. P. 27 and 10th Cir. R. 27.6., Appellant/Plaintiff Allison Lamm ("Appellant"), by and through her undersigned counsel, respectfully moves this Court for an enlargement of time to file her reply brief up to and including April 27, 2020. In support of her Motion, Appellant states as follows:

1. Appellant filed her Opening Brief with this Court on January 3, 2020.

2. Appellee filed its Response on March 4, 2020.

3. Appellant's current deadline to file her Reply is Monday, April 6, 2020.

4. Due to the schedule of Appellant's counsel, including: a federal jury trial completed on Tuesday, February 4, 2020, Appellant's office was out of the country from February 7, 2020 through February 15, 2020, preparation for a trial scheduled to begin on March 3, 2020 and preparation for a trial scheduled to begin on March 23, 2020 that was only recently continued.

5. The current health crisis has also created difficulties for Appellant and her counsel, including: the closure of schools and businesses, and the uncertainties related to the coronavirus.

6. It will be virtually impossible for Appellant to file her Reply Brief by April 6, 2020 without extreme hardship, even if Appellant and her counsel exercise due diligence and give priority to preparing the brief.

7.     The extension of time requested by this Motion will permit counsel for Appellant to fulfill their obligations to their clients in other matters without compromising their opportunity to adequately reply to Appellee's Response Brief.

8.     The Court has not entered any previous extensions on behalf of Appellant for her Reply Brief.

9.     Appellant's counsel has conferred with Appellee's counsel, and Appellee has no objection to Appellant's request an enlargement of time.

10.     No privacy redactions pursuant to 10th Cir. R. 25.5 were required for this motion.

11.     No paper copies were filed with this motion.

12.     This motion was scanned for viruses by the latest commercial copy of McAfee and it is virus-free.

WHEREFORE, Appellants respectfully request that the Court grant an enlargement of time to file her Reply Brief in this case and extend the due date for Appellant's Reply Brief from April 6, 2020, to April 27, 2020.

Respectfully submitted,

MCKEE LAW, L.L.C.

/s/ Aaron C. McKee
Aaron C. McKee                                    KS # 20889
MCKEE LAW, LLC
222 South Cherry Street
Olathe, Kansas 66061
Phone: (913) 768-6400
Facsimile: (913) 768-6420
aaronmckee@ksmoemploymentlaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served and transmitted on April 6, 2020, to the following:

**Mitchell L. Herren, Hinkle Law Firm, LLC, 1617 North Parkway, Suite 400, Wichita, Kansas 67206, (316) 267-2000, mherren@hinklaw.com, Attorney for Defendant**

☐ US mail          ☒ Electronic Mail          ☒ CM/ECF          ☐ Facsimile

**Jeffrey A. Wilson, DeVaughn James Injury Lawyers, 3241 N. Toben, Wichita, Kansas 67226, (316) 977-9999, jwilson@devaughnjames.com, Attorney for Defendant**

☐ US mail          ☒ Electronic Mail          ☒ CM/ECF          ☐ Facsimile

/s/ Aaron C. McKee