UNITED STATES COURT OF APPEALS
FOR THE TENTH DISTRICT

| | |
|---|---|
| ALLISON LAMM ) | |
|     Appellant/Plaintiff, ) | |
| ) | App. No.: 19-3167 |
| v. ) | DC No. 6:18-CV-1124-JTM-TJJ |
| ) | |
| DEVAUGHN JAMES, L.L.C. ) | |
|     Appellee/Defendant. ) | |

### APPELLANT'S MOTION FOR LEAVE TO FILE REPLY BRIEF OUT OF TIME

Appellant/Plaintiff Allison Lamm ("Appellant"), by and through her undersigned counsel, respectfully moves this Court for leave to file her reply brief out of time. In support of her Motion, Appellant states as follows:

1. Appellant filed her Opening Brief with this Court on January 3, 2020.

2. Appellee filed its Response on March 4, 2020.

3. Appellant filed a Second Unopposed Motion for Enlargement of Time on April 6, 2020. Appellant's Motion requested an enlargement of time to Monday, April 27, 2020.

4. Appellee had no objection to Appellant's request for an extension through April 27, 2020.

5. On April 7, 2020, the Court granted Appellant's Motion and extended her deadline to April 22, 2020.

6. Appellant's Counsel inadvertently docketed the deadline for April 27, 2020, as originally requested.

7. Appellant does not request leave out of bad faith or for purposes of delay.

8. Appellant's Reply Brief was submitted to the Court only three (3) business days after the April 22, 2020 deadline. All filings in this matter are now complete and no party will be prejudiced by the short delay.

9. No privacy redactions pursuant to 10th Cir. R. 25.5 were required for this motion.

10. No paper copies were filed with this motion.

11. This motion was scanned for viruses by the latest commercial copy of McAfee and it is virus-free.

WHEREFORE, Appellant respectfully requests that the Court grant her Motion for Leave to file her Reply Brief Out of Time.

Respectfully submitted,

MCKEE LAW, L.L.C.

/s/ Aaron C. McKee
Aaron C. McKee                                           KS # 20889
MCKEE LAW, LLC
222 South Cherry Street
Olathe, Kansas 66061
Phone: (913) 768-6400
Facsimile: (913) 768-6420
aaronmckee@ksmoemploymentlaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing was served and transmitted on May 4, 2020, to the following:

**Mitchell L. Herren, Hinkle Law Firm, LLC, 1617 North Parkway, Suite 400, Wichita, Kansas 67206, (316) 267-2000, mherren@hinklaw.com, Attorney for Defendant**

☐ US mail    ☒ Electronic Mail    ☒ CM/ECF    ☐ Facsimile

**Jeffrey A. Wilson, DeVaughn James Injury Lawyers, 3241 N. Toben, Wichita, Kansas 67226, (316) 977-9999, jwilson@devaughnjames.com, Attorney for Defendant**

☐ US mail    ☒ Electronic Mail    ☒ CM/ECF    ☐ Facsimile

/s/ Aaron C. McKee