FILED  
United States Court of Appeals  
Tenth Circuit

May 5, 2020

Christopher M. Wolpert  
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

ALLISON LAMM,

    Plaintiff - Appellant,

v.

DEVAUGHN JAMES, LLC,

    Defendant - Appellee.

No. 19-3167  
(D.C. No. 6:18-CV-01124-JTM)  
(D. Kan.)

_____

**ORDER**

_____

This matter is before the court on Appellant Allison Lamm's *Motion for Leave to File Reply Brief Out of Time*. Upon consideration, the motion is granted. The Clerk is directed to file Appellant's reply brief.

    Entered for the Court  
    CHRISTOPHER M. WOLPERT, Clerk

    By: Olenka M. George  
        Counsel to the Clerk